```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

# TIFFANY & BOSCO
### P.A.

**Dated: December 14, 2009**



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22349/0153032867

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-19300-SSC |
| David Nelo Tietjen and Camille Arlene Tietjen, <br>     Debtors. | Chapter 7 |
| _____ | ORDER |
| Wells Fargo Bank, N.A. <br>     Movant, | (Related to Docket #12) |
|     vs. | |
| David Nelo Tietjen and Camille Arlene Tietjen, <br> Debtors, David M. Reaves, Trustee. | |
|     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 2, 2006 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David Nelo Tietjen and Camille Arlene Tietjen, David Nelo Tietjen and Camille Arlene Tietjen have an interest in, further described as:

> That portion of Parcel 32 as shown on the Amended Results of Survey of "BONANZA HIGHLANDS" according to Book 2 of Surveys, Page 192, records of Pinal County, Arizona, said Parcel 32 also being Government Lot 1 of Section 31, Townshiop 3 South, Range 8 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona, described as follows:
>
> COMMENCING at the G.L.O. brass cap marking the Northwest corner of said Section 31, from whence G.L.O. brass cap marking the West quarter corner of said Section 31 bears South 03 degrees 09 minutes 31 seconds East for a reference;
>
> THENCE South 89 degrees 58 minutes 54 seconds East (South 89 degrees 58 minutes 34 seconds East, record) along the North line of said Parcel 32 a distance of 425.78 feet, more or less, to a point that lies 837.29 feet from the Northeast corner of said Parcel 32;
>
> THENCE departing said North line South 02 degrees 33 minutes 25 seconds East (South 02 degrees 34 minutes 06 seconds East, record) parallel with the East line of said Parcel 32 a distance of 330.69 feet to a point on the North line of the South half of the North half of said Parcel 32;
>
> THENCE South 89 degrees 58 minutes 55 seconds East along last said North line 495.00 feet to the TRUE POINT OF BEGINNING of the herein described real property;
>
> THENCE continuing South 89 degrees 58 minutes 55 seconds East along last said North line 165.00 feet;
>
> THENCE departing last said North line South 02 degrees 33 minutes 25 seconds East 330.69 feet to a point on the South line of said (South half of the North half);
>
> THENCE North 89 degrees 58 minutes 56 seconds West along said South line 165.00 feet;
>
> THENCE North 02 degrees 33 minutes 25 seconds West parallel with the East line of said Parcel 32 a distance of 330.69 feet to the TRUE POINT OF BEGINNING of herein described real property.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT